# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Bosko R. Guska, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. | ) ) | |
| Maxum Petroleum Operating Company, | ) ) | Case No. 4:14-cv-080 |
| Defendant. | ) | |

Before the court is a motion for attorney John H. Lassetter to appear *pro hac vice* on defendant's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney John H. Lassetter has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 27) is **GRANTED**. Attorney John H. Lassetter is admitted to practice before this court in the above-entitled action on behalf of defendant.

**IT IS SO ORDERED.**

Dated this 8th day of October, 2014.

                                                  */s/ Charles S. Miller, Jr.*
                                                  Charles S. Miller, Jr.
                                                  United States Magistrate Judge