**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | |
|---|---|
| Bosko R. Guska, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | **ORDER ADOPTING STIPULATION TO AMEND SCHEDULING PLAN AND HEARING DATES** |
| vs. ) ) | |
| Maxum Petroleum Operating Company, ) ) | Case No. 4:14-cv-080 |
| Defendant. ) | |

Before the court is a "Stipulation to Amend Joint Planning and Scheduling Report, Order for Final Pre-trial Conference and Notice of Hearing" filed July 7, 2015. The court **ADOPTS** the Stipulation (Docket No. 60) and **ORDERS**:

1. The Scheduling Order is modified to provide that the parties shall have until:

    a. November 12, 2015 to complete all fact discovery;

    b. February 15, 2016 to complete depositions for presentation at trial;

    c. November 13, 2015 for Plaintiff's expert disclosures and reports;

    d. December 31, 2015 for Defendant's expert disclosures and reports;

    e. February 1, 2016 for both parties' rebuttal report;

    f. March 1, 2016 for discovery depositions of expert witnesses;

    g. January 15, 2016 to file other non-dispositive motions;

    h. February 15, 2016 for Plaintiff to file a Motion for Conditional Certification as a Collective Action; and

    i. March 16, 2016 to file other dispositive motions (summary judgment as to all or part of the case).

1

2. The Final Pretrial Conference is reset for August 3, 2016 at 1:30 PM CDT by telephone before Judge Miller. The court will initiate the conference call.

3. The Jury Trial is reset for August 15, 2016 at 1:30 PM CDT in Bismarck Courtroom 2 before Judge Miller. The case will be set for seven (7) days of trial.

Dated this 16th day of July, 2015.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court