# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Bosko R. Guska, on behalf of himself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Maxum Petroleum Operating Company, | ) ) ) | Case No. 4:14-cv-080 |
| Defendant. | ) ) | |

Before the court is a "Joint Stipulation for Approval of Settlement, For Dismissal of Claims with Prejudice" filed by the parties under seal on August 27, 2015. The court **ADOPTS** the stipulation, **APPROVES** the terms of the parties' settlement, and **ORDERS** that the above-entitled action be dismissed with prejudice. Except as otherwise provided in the stipulation, all parties will be responsible for their own costs and attorney's fees.

Dated this 27th day of August, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court